IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KANEESHA R. STOKES | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:22-cv-1377 |
| IKEA US RETAIL, LLC | * | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \*          \* \* \* \* \* \*

# COMPLAINT

Plaintiff, Kaneesha R. Stokes by her undersigned counsel brings this action against IKEA US Retail, LLC., a Limited Liability Company (the "Defendant") to enforce provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-5(f), et seq. ("Title VII").

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the action under 42 U.S.C. Section 2000e-5(f)(3) and 28 U.S.C. Section 1345.

2. This Court has authority to grant equitable relief and monetary damages under to 42 U.S.C. 2000e-5(g).

3. Venue is proper in this district under 28 U.S.C. Section 1391.

## PARTIES

4. Plaintiff is Kaneesha R. Stokes, a female formerly employed by Defendant as a team leader.

5. Defendant is IKEA US RETAIL, LLC a person within the meaning of 42 U.S.C. Section 2000e(a) and an employer within the meaning of 42 U.S.C. Section 2000e(b).

## FACTS

6. Plaintiff began employment with Defendant in June 2016.

7. Plaintiff most recently held the position of team leader with Defendant.

8. On October 31, 2018, a subordinate employee of Plaintiff, Ms. Hughlett ("Ms. Hughlett") informed Plaintiff that she, Ms. Hughlett, had been subject to sexual harassment from another team leader, Leopold Blackwood ("Mr. Blackwood") on October 30, 2018.

9. As soon as Plaintiff received this complaint of sexual harassment, she escorted Ms. Hughlett to Defendant's Human Resources ("HR") and spoke with an HR representative Ms. Tameisha Basnight ("Ms. Basnight").

10. On November 9, 2018, ten (10) days after Plaintiff assisted Ms. Hughlett file a claim of a sexual harassment, Plaintiff was subjected to discipline and suspension of employment by Defendant.

11. On November 15, 2018, sixteen (16) days after Plaintiff assisted Ms. Hughlett file a claim of sexual harassment, Defendant dismissed Plaintiff from its employment.

12. The Equal Employment Opportunity Commission ("EEOC") received a timely charge filed by Plaintiff (Charge 531-2019-02095) in which she alleged, inter alia, that the Defendant discriminated against her in violation of Title VII by subjecting her to an adverse employment action (suspension and discharge) based on her participation in and assistance of Ms. Hughlett's opposition to an unlawful employment practice.

13. Pursuant to Section 706 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e-5, the EEOC investigated the charge, found reasonable cause to believe that Plaintiff's allegations of retaliation were true, unsuccessfully attempted to achieve through conciliation a voluntary resolution to this matter, and subsequently issued a Right to Sue letter on March 10, 2022.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

14. Grant judgement in favor of the Plaintiff and declare that Defendant has violated Titled VII of the Civil Rights Act of 1964, and its accompanying regulations.

15. Award compensatory and punitive damages to Plaintiff for damages incurred as a result of the discrimination against her as alleged in this complaint, pursuant to and within the statutory limitations of Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981a.

16. Award Plaintiff reasonable attorney's fees.

Plaintiff prays for such additional relief as justice may require, together with her costs and disbursements in this action.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981a.

Dated: 6/6/2022                                                            Respectfully Submitted,

/s/ Donald Quinn
Donald Quinn, Fed. Bar No. 22324
1629 K Street, Suite 300
Washington, D.C. 20006
(202) 508-3644
donquinn@thequinnlawgroup.com
*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2022, a copy of the foregoing Complaint was served via first-class mail, postage paid upon:

Connie M. Ng, ESQ
Ogletree Deakins Nash
Smoak & Stewart, P.C.
1909 K Street N.W.
Suite 1000
Washington, DC 20006

James Murphy
Ogletree Deakins Nash
Smoak & Stewart, P.C.
1909 K Street N.W.
Suite 1000
Washington, DC 20006
*Attorneys for the Defendant*

/s/ Donald Quinn
Donald Quinn